# Invoices Denied

## James E. Brown & Associates, PLLC

| OGC Control | Date Received | Student First Name | Student Last Name | HOD Date | Type of Invoice | Attorney Invoice | Invoiced Amount | Date Process | Denial Reason | Prior HOD |
|---|---|---|---|---|---|---|---|---|---|---|
| 7115 | 6/29/2007 | Davon | Darr | 5/31/2007 | HOD | 07-172 | $5,415.34 | | No Substantive Change from Prior HOD | 2/8/2007 |
| 7119 | 6/29/2007 | Aniah | Guest | 5/11/2007 | HOD | 07-176 | $10,204.04 | | No FAPE Denial | |
| 7123 | 6/29/2007 | Emani | Jenkins | 6/12/2007 | HOD | 07-180 | $5,420.91 | | HOD not Final/Interim Order | |
| 7131 | 6/29/2007 | Juatiah | Nesbitt | 6/19/2007 | HOD | 07-188 | $7,113.84 | | No Substantive Change from Prior HOD | 1/11/2007 |
| 7134 | 6/29/2007 | Tarkus | Pollard | 5/25/2007 | HOD | 07-191 | $7,944.55 | | No FAPE Denial | |
| 7150 | 6/29/2007 | Brandon | Golphin | 6/21/2007 | HOD | 07-207 | $8,247.84 | | No Substantive Change from Prior HOD | 1/10/2007 |
| 7221 | 7/10/2007 | Dayvaughn | Allen | 7/3/2007 | HOD | 07-217 | $5,147.10 | | No Substantive Change from Prior HOD | 3/10/2007 |
| 7228 | 7/10/2007 | Sean | Green | 6/27/2007 | HOD | 07-224 | $9,655.08 | | HOD not Final/Interim Order | |
| 7234 | 7/10/2007 | Kenneth | Williams | 6/28/2007 | HOD | 07-230 | $5,301.78 | | No Substantive Change from Prior HOD | 2/2/2007 |