UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              :
**JEANNE ALLEN, et al.,**           :
                                              :
    v.                                       : Civil No.: 07-1398 (RJL)
                                              :
**DISTRICT OF COLUMBIA, et al.**  :
                                              :
_____ :

## WITHDRAWAL OF MOTION

On August 1, 2007, Plaintiffs filed a Complaint for attorneys' fees and costs pursuant to the Individuals With Disabilities Education Improvement Act of 2004, 20 U.S.C. 1400 et seq. ("IDEIA"). By motion filed August 13, 2007, Defendants moved for a partial dismissal of plaintiffs' complaint. On August 22, 2007, Plaintiffs filed an amended complaint. In light of the amended complaint, the earlier motion is now moot: the pleading to which the Defendant's Motion was directed has been supplanted by the August 22, 2007, amended complaint. Accordingly, the Defendants hereby withdraw their August 13, 2007, Motion for Partial Dismissal.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the
    District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

                                              ***/s/ Edward P. Taptich***
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

***/s/ Amy Caspari***
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7794

August 27, 2007