UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Jeanne Allen, et. al., | ) ) ) ) ) |
|  | ) Civil No. 07-1398 (RJL) |
| v. | ) ) |
|  | ) |
| District of Columbia, et. al. | ) ) ) |

## DEFENDANTS' ANSWER TO AMENDED COMPLAINT

Defendants by counsel, hereby answer Plaintiffs' Amended Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

1. Defendants admit the allegations in the first sentence of paragraph 1. The remaining allegations in paragraph 1 are the conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

2. Defendants admit the allegations in paragraph 2.

3. Defendants admit the allegation in paragraph 3.

4. Defendants admit the allegations in paragraph 4 that Plaintiffs are eligible to receive special education services under the IDEIA. However, Defendants deny that students are eligible to receive services under Section 504 and that all of the Plaintiffs are prevailing parties.

5. Defendants admit the allegations in paragraph 5.

6. Defendants admit the allegations in paragraph 6.

7. Defendants admit the allegations in paragraph 7.

(*Plaintiffs do not continue their paragraphs with number 8, but start over at number 1 under a new heading titled "factual background." Therefore, Defendants have numbered the paragraphs below to correspond with the paragraphs at pages 4-13 of the Amended Complaint.)

    1.    Defendants admit the first sentence of paragraph 1. The remaining portions of paragraph 1 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

    2.    Defendants admit the first sentence of paragraph 2. The remaining portions of paragraph 2 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

    3.    Defendants admit the first sentence of paragraph 3. The remaining portions of paragraph 3 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

    4.    Defendants admit the first sentence of paragraph 4. The remaining portions of paragraph 4 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

    5.    Defendants admit the first sentence of paragraph 5. The remaining portions of paragraph 5 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

    6.    Defendants admit the first sentence of paragraph 6. The remaining portions of paragraph 6 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

    7.    Defendants admit the first sentence of paragraph 7. The remaining portions of paragraph 7 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

8. Defendants admit the first sentence of paragraph 8. The remaining portions of paragraph 8 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

9. Defendants admit the first sentence of paragraph 9. The remaining portions of paragraph 9 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

10. Defendants admit the first sentence of paragraph 10. The remaining portions of paragraph 10 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

11. Defendants admit the first sentence of paragraph 11. The remaining portions of paragraph 11 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

12. The allegations in paragraph 12 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

13. Defendants admit the allegations in paragraph 13.

14. Defendants admit the allegations in paragraph 14.

15. Defendants admit the allegations in paragraph 15.

16. Defendants admit the allegations in paragraph 16.

17. The allegations in paragraph 17 are conclusions of the pleader to which no response is required. If a response is required, then the same are denied.

18. Defendants admit the allegations in paragraph 18.

19. The allegations in paragraph 19 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

20. The allegations in paragraph 20 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

21. The allegations in paragraph 21 are the pleader's characterizations of law, to which no response is required. If a response is required, then the same are denied.

22. The allegations in paragraph 22 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

23. The allegations in paragraph 23 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

24. The Defendants are without sufficient information to answer the allegations in paragraph 24 at this time. If a response is required, then the same are denied.

25. The allegations in paragraph 25 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

26. The allegations in paragraph 26 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

27. Defendants deny the allegations in paragraph 27.

## COUNT 1

28.     The Defendants incorporate and repeat their answers in paragraphs 1 through 27.

29.     The allegations in paragraph 53 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

**BY WAY OF FURTHER ANSWER**, the Defendants deny all allegations of wrongdoing not otherwise responded to or admitted

## FIRST AFFIRMATIVE DEFENSE

The Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This Court does not have jurisdiction as to all of the Plaintiffs' claims.

Respectfully submitted,

LINDA SINGER
Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH [#012914]
Chief, Equity Section II

*/s/ Amy Caspari*
Amy Caspari [#488968]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
September 7, 2007          (202) 724-7794