IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JEANNE ALLEN, <u>et al</u>** ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA** ) <br> **Defendant.** ) <br> ) | Civil Action No:07-1398( RLJ) |

**PRAECIPE**

To the Clerk of the Court:

    **Please withdraw and dismiss the following:**
1. **NATARSHA GUEST, parent and next friend of A.G., a minor**;
2. **SOPHIA WRIGHT, parent and next friend of R.W., a minor**.
.

    Respectfully submitted,

    /s/_____
    Roxanne D. Neloms [478157]
    James E. Brown & Associates, PLLC
    1220 L Street, NW, Suite 700
    Washington, D.C.  20005
    (202) 742-2000
    (202) 742-2098 (fax)
    *Attorney for Plaintiffs*