UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JEANNE ALLEN, et al.,** | : |
| v. | : Civil No.: 07-1398 (RJL) |
| **DISTRICT OF COLUMBIA, et al.** | : |

### JOINT MOTION FOR CONSENT JUDGEMENT

The parties jointly move this court to approve the attached Consent Judgment awarding attorney fees for D.A., D.D, S.G., B.G., J.N., T.P., A.T., K.W., T.W., and dismissing this case with prejudice.

On August 22, 2007, 11 named plaintiffs filed an amended Complaint for reimbursement of attorneys' fees and costs, claiming that they were "prevailing parties" in administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 et seq. ("IDEIA").  By praecipe filed September 28, 2007, Plaintiffs voluntarily dismissed the claims of A.G., R.W.; thus, only 9 of the original claims remain in this action.

The parties agree that the following awards are in settlement of any and all claims relating to the August 22, 2007 amended Complaint for attorneys' fees:

- $3,000.00 in settlement of the claims of D.A.,
- $2,000.00 in settlement of the claims of D.D.,

1

- $7,000.00 in settlement of the claims of S.G. (subject to the District of Columbia fee cap)[1],

- $2,000.00 in settlement of the claims of B.G.,

- $4,000.00 in settlement of the claims of J.N.,

- $2,000.00 in settlement of the claims of T.P.,

- $2,000.00 in settlement of the claims of A.T.,

- $3,000.00 in settlement of the claims of K.W.,

- $4,000.00 in settlement of the claims of T.W.

Furthermore, the parties agree that since there are no other remaining claims, this case should be dismissed with prejudice.

                    Respectfully submitted,

                    LINDA SINGER
                    Attorney General
                    for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General
                    Civil Litigation Division

                    ***/s/ Edward P. Taptich***
                    EDWARD P. TAPTICH [012914]
                    Chief, Equity Section 2

---

[1] This award of attorneys' fees would, of course, be subject to the fee cap in Section 122 of the District of Columbia Appropriations Act of 2006, 109 Pub. L. 115; 119 Stat. 2396 (2005), extended by the Revised Continuing Appropriations Act of 2007, 110 Pub. L. 5, 121 Stat. 8 (2007).

|  |  |
|---|---|
| **/s/*Roxanne Neloms*** | ***/s/ Amy Caspari*** |
| Roxanne Neloms [478157] | AMY CASPARI [#488968] |
| Brown & Associates | Assistant Attorney General |
| 1220 L St. N.W., #700 | 441 Fourth Street, N.W., 6th Fl. S |
| Washington, D.C. 20005 | Washington, D.C. 20001 |
| (202) 742-2022 | (202) 724-7794 |
| rneloms@jeblaw.biz | amy.caspari@dc.gov |
| Attorney for Plaintiffs | Attorney for Defendants |

October 1, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JEANNE ALLEN, et al.,** | : |
| v. | : Civil No.: 07-1398 (RJL) |
| **DISTRICT OF COLUMBIA, et al.** | : |

## CONSENT JUDGMENT

Upon consideration of the parties' October 1, 2007, Joint Motion for Consent Judgment, it is on this _____ day of October, 2007, hereby

**ORDERED,** that Plaintiff D.A. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff D.D. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff S.G. is awarded $7,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff (subject to the District of Columbia fee cap), and it is

**FURTHER ORDERED,** that Plaintiff B.G. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff J.N. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.P. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.T. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff K.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.W. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge