UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JEANNE ALLEN, et al.,          :

v.                              : Civil No.: 07-1398 (RJL)

                                :

DISTRICT OF COLUMBIA, et al.   :

                                :

## CONSENT JUDGMENT

Upon consideration of the parties' October 1, 2007, Joint Motion for Consent Judgment, it is on this ____ day of October, 2007, hereby

**ORDERED**, that Plaintiff D.A. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff D.D. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff S.G. is awarded $7,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff (subject to the District of Columbia fee cap), and it is

**FURTHER ORDERED**, that Plaintiff B.G. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED**, that Plaintiff J.N. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is



1

**FURTHER ORDERED,** that Plaintiff T.P. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff A.T. is awarded $2,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff K.W. is awarded $3,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that Plaintiff T.W. is awarded $4,000.00 in settlement of any and all claims herein for attorneys' fees by that Plaintiff, and it is

**FURTHER ORDERED,** that the Defendants will pay the amount awarded by this Order to James E. Brown & Associates within 60 days of the date of this Order; and it is

**FURTHER ORDERED,** that this fully resolves all the remaining issues in this case; and it is

**FURTHER ORDERED,** that this case is dismissed with prejudice.

_____
United States District Judge